01

02

03

04

05

06          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
07                  AT SEATTLE

08  UNITED STATES OF AMERICA,          )    CASE NO. CR06-308-JLR
                                       )
09          Plaintiff,                 )
                                       )
10      v.                             )
                                       )    DETENTION ORDER - Material Witness
11  ZAGARI SHUNTA MOORE et al.,        )
                                       )
12          Defendants.                )
    _____)
13  In re Material Witness:            )
                                       )
14  DIOGO ALVES.                       )
    _____)

15

16  Offense charged:

17      Material Witness

18  Date of Detention Hearing:    October 16, 2006

19      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f) and

20  3144, and based upon the factual findings and statement of reasons hereafter set forth, finds that

21  detention is necessary to adequately secure the testimony of the material witness, and to prevent

22  a failure of justice.

DETENTION ORDER                                              15.13
18 U.S.C. § 3142(i)                                          Rev. 1/91
PAGE 1

01    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

02        (1)    Mr. Alves was arrested on a material witness warrant in the matter of US v Moore,

03    et al CR 06-308, upon a finding that it was impracticable to secure his presence by subpoena.  He

04    made his initial appearance in this Court on October 16, 2006.

05        (2)    The United States has moved to detain Mr. Alves pursuant to 18 U.S.C. §3144 for

06    a reasonable period until his deposition can be taken pursuant to the Federal Rules of Criminal

07    Procedure. Defendant is reportedly a citizen of Brazil. The United States alleges that his presence

08    in this country is illegal.  There is an immigration detainer pending against him.  The issue of

09    detention in this case is therefore essentially moot, as the defendant would be released to

10    immigration custody if not detained in this case. Defendant and his counsel offer no opposition to

11    the entry of an order of detention.

12        (3)    There is no information available regarding the material witness' personal history,

13    residence, family ties, or ties to the Western District of Washington, or regarding his income,

14    financial assets or liabilities, his physical/mental health or controlled substance use, if any.

15        (4)    The material witness poses a risk of nonappearance based on his unknown

16    background information and his immigration status.

17        (5)    The Court finds that further detention is necessary to prevent a failure of justice.

18    The material witness will be detained until his testimony can adequately be secured.

19    It is therefore ORDERED:

20        (1)    Defendant shall be detained pending the taking of his testimony and committed to

21            the custody of the Attorney General for confinement in a correction facility

22            separate, to the extent practicable, from persons awaiting or serving sentences or

DETENTION ORDER                                                           15.13
18 U.S.C. § 3142(i)                                                       Rev. 1/91
PAGE 2

01   being held in custody pending appeal;

02   (2)   Defendant shall be afforded reasonable opportunity for private consultation with

03   counsel;

04   (3)   On order of a court of the United States or on request of an attorney for the

05   Government, the person in charge of the corrections facility in which defendant is

06   confined shall deliver the material witness to a United States Marshal for the

07   purpose of an appearance in connection with a court proceeding or for providing

08   testimony in connection with a case pending in this court; and

09   (4)   The clerk shall direct copies of this Order to counsel for the United States, to

10   counsel for the material witness, to the United States Marshal, and to the United

11   States Pretrial Services Officer.

12   DATED this 16th day of October, 2006.

13

14   Mary Alice Theiler
     United States Magistrate Judge

15

16

17

18

19

20

21

22

DETENTION ORDER                                                           15.13
18 U.S.C. § 3142(i)                                                       Rev. 1/91
PAGE 3