UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. CR06-308-JLR |
| Plaintiff, ) | |
| ) | |
| v. ) | SUMMARY REPORT OF U.S. |
| ) | MAGISTRATE JUDGE AS TO |
| ZAGARI SHUNTA MOORE, ) | ALLEGED VIOLATIONS |
| ) | OF SUPERVISED RELEASE |
| Defendant. ) | |
| ) | |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on October 16, 2008. The United States was represented by Assistant United States Attorney Lawrence Lincoln, and the defendant by Robert Goldsmith.

The defendant had been charged and convicted of Conspiracy to Commit Document Fraud, in violation of 18 U.S.C. §§ 1028(a)(1), 1028(b)(1)(A)(II), 1028(c)(3) and 1028(f). On or about March 5, 2007, defendant was sentenced by the Honorable James L. Robart to a term of twelve (12) months and one (1) day in custody, to be followed by three (3) years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participate in substance abuse and mental health programs, financial disclosure, search, and abstain from alcohol.

In a Petition for Warrant or Summons, dated September 23, 2008, U.S. Probation Officer Michael S. Larsen asserted the following violation by defendant of the conditions of

his supervised release:

(1) Using marijuana, on or about May 5, 2008, June 1, 2008, August 26, 2008, and September 16, 2008, in violation of standard condition number 7.

The defendant was advised of his rights, acknowledged those rights, and admitted to the alleged violation.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violation number 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on violation number 1 has been set before the Honorable James L. Robart on November 3, 2008 at 10:30 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 16th day of October, 2008.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable James L. Robart
AUSA: Mr. Lawrence Lincoln
Defendant's attorney: Mr. Robert Goldsmith
Probation officer: Mr. Michael S. Larsen