UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ZAGARI SHUNTA MOORE,<br><br>    Defendant. | Case No. CR06-308-001<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on July 29, 2009. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Ye-Ting Woo, and defendant was represented by Robert W. Goldsmtih. Also present was U.S. Probation Officer Patrick Robertson. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on March 5, 2007 by the Honorable James L. Robart for Conspiracy to Commit Document Fraud. He received twelve months and one day of imprisonment and three years of supervised release.

///

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO ALLEGED
VIOLATIONS OF SUPERVISED RELEASE - 1

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In petitions dated June 12, 2009 and July 6, 2009, Senior U.S. Probation Officer Michael S. Larsen alleged that defendant violated the following conditions of supervised release:

1. Ingesting marijuana on or before May 20, 2009, in violation of standard condition number 7.

2. Using marijuana on or before June 10, 2009, in violation of standard condition number 7.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing August 11, 2009 at 10:30 a.m. before District Judge James L. Robart.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 29th day of July, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge